JOSEPH A. CREITZ (State Bar No. 169552)
LISA S. SEREBIN (State Bar No. 146312)
**CREITZ & SEREBIN, LLP**
250 Montgomery Street, Suite 1400
San Francisco, California 94104
Tel: (415) 466-3090 / Fax: (415) 513-4475

Attorney for Plaintiff
**MARY BUTCHKO**

DONALD P. SULLIVAN (State Bar No. 191080)
MICHAEL J. QUIRK (State Bar No. 283351)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendants
**MILLS-PENINSULA HEALTH SERVICES and
MILLS-PENINSULA HEALTH SERVICES
RETIREE MEDICAL PLAN**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY BUTCHKO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MILLS-PENINSULA HEALTH SERVICES, and MILLS-PENINSULA HEALTH SERVICES RETIREE MEDICAL PLAN,<br><br>　　　　Defendants. | CASE NO. 3:13-cv-02339-WHO<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE BY FOURTEEN DAYS AND ORDER**<br><br>**Date:**　　September 3, 2013<br>**Time:**　　2:00 p.m.<br>**Place:**　　Courtroom 2<br>**Judge:**　　The Hon. William H. Orrick |

Pursuant to Local Rule 6-1(b), Plaintiff Mary Butchko ("Plaintiff") and Defendants Mills-Peninsula Health Services and Mills-Peninsula Health Services Retiree Medical Plan ("Defendants"), through their attorneys of record, submit this stipulated request to continue the

1

Case Management Conference set in this case from Tuesday, September 3, 2013 by fourteen (14) days to Tuesday, September 17, 2013.  Good cause for this stipulated request exists because the parties have been actively engaged in settlement negotiations and believe that they could reach an agreement within the next fourteen days.  Continuing the Case Management Conference by two weeks will enable the parties to determine if they can come to a quick resolution of the case while also reducing the amount of attorney-time invested in the matter, which will facilitate settlement.  For these reasons, the parties respectfully request that the Case Management Conference be continued by fourteen days from September 3, 2013 to September 17, 2013.

**IT IS SO STIPULATED**:

Dated: August 27, 2013                     **CREITZ & SEREBIN LLP**

                                           By:     /s/ Lisa S. Serebin
                                                   Joseph A. Creitz
                                                   Lisa S. Serebin

                                           Attorneys for Plaintiff
                                           **MARY BUTCHKO**


Dated: August 27, 2013                     **WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER**

                                           By:     /s/ Donald P. Sullivan
                                                   Donald P. Sullivan
                                                   Michael J. Quirk

                                           Attorney for Defendants
                                           **MILLS-PENINSULA HEALTH SERVICES and
                                           MILLS-PENINSULA HEALTH SERVICES
                                           RETIREE MEDICAL PLAN**


**IT IS SO ORDERED**:

Date:  August 28, 2013                     _____
                                           WILLIAM H. ORRICK
                                           UNITED STATES DISTRICT JUDGE