UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BUTCHKO,<br><br>        Plaintiff,<br><br>    v.<br><br>MILLS-PENINSULA HEALTH SERVICES, et al.,<br><br>        Defendants. | Case No. 13-cv-02339-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

The parties, through their counsel, advised the Court that they have reached a settlement. Dkt. No. 17.

The Court ORDERS that this matter be DISMISSED WITH PREJUDICE. The Court further ORDERS that if any party certifies to this Court, with proper notice to opposing counsel, within 90 days from the date of this Order, that settlement has not in fact occurred, this Order shall be vacated and the case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: December 11, 2013

                                                          WILLIAM H. ORRICK<br>
                                                          United States District Judge